**OVERTON REALTY, INC., Appellant,**

v.

**Melvin GERSTNER and Josephine Gerstner, Husband and Wife, Respondents.**

**No. WD 34916.**

Missouri Court of Appeals,
Western District.

Sept. 18, 1984.

John H. Lamming, Clayton, for appellant.

John T. Kay, California, for respondents.

Before TURNAGE, C.J., and MANFORD and LOWENSTEIN, JJ.

## ORDER

PER CURIAM.

Appeal from order granting summary judgment in a civil action seeking recovery upon a contract and promissory note.

The judgment is affirmed. Rule 84.16(b).